**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**James A. Lund and Vivian W. Lund,** **Civil No. 00-2751 DWF/SRN**

**Plaintiffs and Counter-defendants,**

**v.**

**Willis O. Sorenson,**

**Defendant and Counter-claimant.**

---

**STIPULATION AND ORDER FOR CHANGE OF VENUE AND JUDGE ASSIGNMENT**

---

The parties, through undersigned counsel, stipulate that the venue of this case may be changed to the United States District Court, District of Minnesota, Fifth Division, in Duluth, Minnesota, for the convenience of the parties and counsel. They further stipulate and consent that Magistrate Judge Raymond L. Erickson may conduct all proceedings in this civil matter.

This stipulation is based on U.S.C. 28 § 636(c)(1) and § 1404(b).

Respectfully Submitted,

Dated: 7/18/01

Brian R. McCarthy
Attorney for Defendant
11 East Superior Street, Suite 556
Duluth, MN 55804
(218) 625-2222

Dated: 7/23/01

Brad S. Swanson
Attorney for Plaintiffs
1214 Belknap Street
Superior, WI 54880
(715) 394-6624

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing stipulation of the parties through counsel, it is ORDERED, that the venue of this matter shall be transferred to the Fifth Division of the United States District Court, District of Minnesota, and that Magistrate Judge Raymond L. Erickson shall be authorized to conduct all proceedings in this civil matter.

Dated: 7/31/01

DONOVAN W. FRANK
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500