UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Civil Action, File Number: 00-2751

---

**JAMES A. LUND** and
**VIVIAN W. LUND**
Box 56
Gordon, WI 54838,

Plaintiffs,

v.

**WILLIS O. SORENSON**
2460 County Road 92
Maple Plain, MN 55359,

Defendant,

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The above-named parties stipulate that this action has been compromised and settled and is hereby dismissed on the merits with prejudice but without costs, disbursements, or attorneys or witness fees to any party. The Court Administrator may discharge this action on the filing of this stipulation.

Dated: 1/3/03 ______________________________
Brian R. McCarthy (#14373X) for Willis O. Sorenson

Dated: 1/8/03 ______________________________
Boad S. Swanson (# ) for James A. Lund and Vivian W. Lund

(9)

FEB 07 2003

FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

## ORDER FOR DISMISSAL

IT IS HEREBY ORDERED that pursuant to the foregoing stipulation of the parties, the foregoing action be dismissed on the merits with prejudice but without costs or disbursements due any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 2-4-03

Raymond L. Erickson

RAYMOND L. ERICKSON
UNITED STATES MAGISTRATE JUDGE